UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2:25-mj-108-KFW |
| NERY ALDAMI CRUZ-AGUILAR | |

**NOTICE OF DISMISSAL**

NOW COMES the United States of America, by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Peter Brostowin, Assistant United States Attorney and dismisses the Complaint herein, with leave of the Court, pursuant to Fed. R. Crim. P. 48(a).

Dated: April 17, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

*/s/ Peter I. Brostowin*
Peter I. Brostowin
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor
Portland, Maine 04101
(207) 780-3257

# CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2025, I filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      **Corey Stone, Esq.**

                                          CRAIG M. WOLFF
                                          Acting United States Attorney

                                          */s/ Peter I. Brostowin*
                                          Peter I. Brostowin
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          100 Middle Street, 6th Floor
                                          Portland, Maine 04101
                                          (207) 780-3257