UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:25-mj-00108-KFW |
| | ) |
| | ) |
| NERY ALDAMI CRUZ-AGUILAR | ) |

## ORDER OF DISCHARGE

A Notice of Dismissal having been filed by the Government, it is therefore adjudged that the defendant, Nery Aldami Cruz-Aguilar, is hereby,

DISCHARGED of all counts as charged in the Criminal Complaint, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 18th day of April, 2025.

/s/ John A. Woodcock
U.S. District Judge